RECEIVED

NOV - 4 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 11/30/05

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| RUDOLPH V. WILLIAMS | CIVIL ACTION NO. 05-1481-L |
| VS. | SECTION P |
| TERRY TERRELL, WARDEN | JUDGE MELANÇON |
| | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** as time-barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this ___ day of _____, 2005.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 11/30/05
BY
TO