RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 01/18/06

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

Rudolph Williams

versus

Warden, Allen Correctional Ctr.

Civil Action No. 05-1481

Judge Tucker L. Melançon

Magistrate Judge Methvin

## CERTIFICATE AS TO APPEALABILITY

A notice of appeal having been filed in the above captioned habeas corpus case in which the detention complained of arises out of process issued by a state court, this Court, considering the record in this case and the requirements of Federal Rule of Appellate Procedure 22(b), hereby finds that a certificate of appealability should not issue for the following reasons:

Adopting the analysis contained in the Report and Recommendation of the Magistrate Judge entered on November 4, 2005 [Rec. Doc. 4] and entered as a final judgment on November 30, 2005 [Rec. Doc. 6], this Court finds that there is no basis in law or fact as demonstrated by this record that petitioner is entitled to the relief he seeks.

Thus done and signed this 18th day of January, 2006 at Lafayette, Louisiana.

Tucker L. Melançon
United States District Judge

COPY SENT
DATE 01/18/06
BY:
TO: