# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

Rudolph Williams                                      Civil Action No. 6:05-1481

versus                                                Judge Tucker L. Melançon

Warden, Allen Correctional Ctr.            Magistrate Judge Mildred E. Methvin

## ORDER

Before the court is Rudolph Williams, *pro se*, who has requested that this Court grant him permission to proceed *in forma pauperis* on appeal [Rec. Doc. 9]. Williams seeks to appeal the judgment of this Court denying his petition for writ of *habeas corpus* [Rec. Doc. 7].

On January 18, 2006, the Court entered an order finding that Petitioner had failed to submit a complete application to proceed *in forma pauperis* [Rec. Doc. 12] and notifying Petitioner that the following three documents are required under 28 U.S.C. § 1915:

1. An affidavit that includes a statement of all assets he possesses; and

2. A certified copy of his prison account statement for the last six months, obtained from the appropriate official at the prison or correctional facility; and

3. A signed form authorizing the institution of incarceration to forward from his account to the Clerk of Court any partial filing fee assessed by the Court and to forward monthly payments thereafter of 20 percent of the prisoner's preceding month's income credited to his prison account until the full amount of the filing fee is paid.

Although Petitioner submitted a certificate from the Allen Correctional Center, showing that he maintained an average balance of $25.77 and that his average monthly deposits were $53.33; Petitioner failed to submit a completed *Affidavit to*

*Proceed In Forma Pauperis* nor did he execute the required authorization as directed.

Accordingly, **IT IS HEREBY ORDERED** that Petitioner shall fully comply with the Court's order of January 18, 2006 within twenty days of the date of this order. Failure to do so may result in dismissal of Petitioner's appeal or other appropriate sanctions.

Thus done and signed at Lafayette, Louisiana this 31st day of May, 2006.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE